**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| WILLIAM MIGHT,<br><br>        Plaintiffs,<br><br>    v.<br><br><br>CAPITAL ONE BANK (USA) N.A.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.: 5:18-cv-00716-R

Honorable David L. Russell

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that Plaintiff, William Might ("Plaintiff") and Defendant CAPITAL ONE BANK (USA), N.A., ("Defendant") have reached a settlement in the above captioned matter.  Counsel for the parties are in the process of preparing and finalizing the Settlement Agreement and expect to file a Joint Stipulation of Dismissal within sixty (60) days. According, Plaintiff respectfully requests that the Court vacate all deadlines.

Respectfully submitted the 16th day of October 2019.

By: */s/ Jeffrey Lohman*
Jeffrey Lohman, Bar #032315
The Law Office of Jeffrey Lohman, P.C.
4740 Green River Rd., Suite 310
Corona, CA 92880
Tel. (866) 329-9217
Fax (714) 362-0096
Email: JeffL@jlohman.com
Attorney for Plaintiff, WILLIAM MIGHT

- 1 -

NOTICE OF SETTLEMENT

**CERTIFICATE OF SERVICE**

  I certify that on October 16, 2019 I filed Plaintiff WILLIAM MIGHT's Notice of

Settlement using the CM/ECF system, which will provide notice to the following:

Daniel JT McKenna
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
T: (215) 864-8321
F: (215) 864-8999
E: McKennad@ballardspahr.com

Ross T. Silverber
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
T: (215) 864-8237
F: (215) 864-8999
E: silverberg@ballaradspahr.com

Jenny Perkins
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
T: (215) 864-8378
F: (215) 864-8999
E: perkinsj@ballardspahr.com

By: */s/ Jeffrey Lohman*
Jeffrey Lohman, Bar #032315
The Law Office of Jeffrey Lohman, P.C.
4740 Green River Rd., Suite 310
Corona, CA 92880
Tel. (866) 329-9217
Fax (714) 362-0096
Email: JeffL@jlohman.com
Attorney for Plaintiff, WILLIAM MIGHT

- 2 -