# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT, individually And on behalf of all others similarly situated,<br>Plaintiff,<br>v.<br>FUNDING MERCHANT SOURCE LLC, and DOES 1 through 10, inclusive<br>Defendants. | Case No.<br><br>2:20-cv-08365-CBM-PD x<br><br>**ORDER TO DISMISS WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO CLASS CLAIMS.  [JS-6]** |

   IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

   Date: AUGUST 30, 2021


_____
  Hon. CONSUELO B. MARSHALL
  UNITED STATES DISTRICT JUDGE